■ In the Matter of WARREN J. BLACK, an Attorney. — Motion to compel respondent to produce certain documents granted, as

indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Asch and Milonas, JJ.